UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| GERALD BRYANT, </br></br> Petitioner </br></br> vs. </br></br> STATE OF NORTH CAROLINA AND NC DEPARTMENT OF PUBLIC SAFETY, </br></br> Respondents. | **JUDGMENT IN A CIVIL CASE** </br> **CASE NO. 5:19-CV-2059-FL** |

**Decision by Court.**

This action came before Honorable Louise W. Flanagan, United States District Judge, for an initial review pursuant to Rule 4 of the Rules Governing § 2254 cases in the United States District Court.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court DISMISSES petitioner's § 2254 petition without prejudice and DENIES a certificate of appealability

This Judgment filed and entered on November 14, 2019, and copies to:
Gerald Bryant, 0053271, Hoke Correctional Institution, 243 Old Hwy 211, Raeford, NC 28376 (via U.S. Mail)

November 14, 2019

Peter A. Moore, Jr.
Clerk of Court

By: *Susan K. Edwards*
Deputy Clerk